# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. MUNSON,<br><br>Defendant. | No. CR15-1030<br><br>ORDER |

On the 4th day of January 2016, the Court accepted Defendant Thomas A. Munson's plea of guilty on Count 1 of the Information filed on December 8, 2015 (docket number 2). The Government was represented by Assistant United States Peter E. Deegan, Jr. The Defendant appeared personally with his attorney, Leon F. Spies.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. Defendant is adjudicated guilty of Count 1 of the Information (docket number 2) filed on December 8, 2015.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant shall remain on pretrial release pursuant to his Conditions of Release (docket number 10) filed on December 16. 2015.

DATED this 4th day of January, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA